UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Edmund LaChance</u>

        v.                         07-cv-121-PB

<u>Jessica Millette, et al</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated September 20, 2007.

SO ORDERED.

October 12, 2007                              /s/ Paul Barbadoro
                                                    Paul Barbadoro
                                                    United States District Judge

cc:    Edmund LaChance, Pro se